UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 21-3316 GW (PVC)                                  Date: September 30, 2021

Title  Izaz Khan v. LAPD Olympic Station, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Holidae Crawford | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:** **[IN CHAMBERS] ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROVIDE A CURRENT ADDRESS**

On April 13, 2021, Plaintiff Izaz Khan, a California resident proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. ("Compl.," Dkt. No. 1). The Court issued a Notice of Assignment on April 20, 2021, informing Plaintiff of the District Judge and Magistrate Judge presiding over his case. ("Assignment Notice," Dkt. No. 4).

Concurrently with the Complaint, Plaintiff also filed a motion for appointment of counsel, (Dkt. No. 2), and a request to proceed *in forma pauperis* ("IFP"). (Dkt. No. 3). The Court granted the IFP request on April 26, 2021. ("IFP Order," Dkt. No. 5). The Court denied the appointment of counsel motion on June 1, 2021. ("Appointment of Counsel Order," Dkt. No. 6).

However, on September 28, 2021, the Assignment Notice, IFP Order, and Appointment of Counsel Order were all returned to the Court as "Unclaimed." (Dkt. Nos. 8-10). Therefore, the Court does not appear to have a valid address for Plaintiff and is unable to communicate with Plaintiff and move this case forward.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 21-3316 GW (PVC)                                              Date:  September 30, 2021

Title       Izaz Khan v. LAPD Olympic Station, et al.

    Plaintiff is advised that pursuant to the Central District's Local Rule 41-6, he must keep the Court informed of his current address of record or the Court may dismiss his action:

> A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address.  If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

C.D. Cal. L.R. 41-6.

    Plaintiff is therefore **ORDERED TO SHOW CAUSE** by **October 14, 2021** why this action should not be dismissed pursuant to Local Rule 41-6 for Plaintiff's failure to provide a current address.[1]  Plaintiff may satisfy this Order by filing a response with his current address.

---

[1] Fourteen days after service of the Court's Assignment Notice, which was mailed on April 20, 2021, was May 4, 2021.  Fourteen days after service of the IFP Order, which was mailed on April 26, 2021, was May 10, 2021.  Finally, fourteen days after service of the Appointment of Counsel Order, which was mailed on June 1, 2021, was June 15, 2021.  Accordingly, the fourteen-day deadline set by the Local Rules for Plaintiff to provide an updated address with respect to each of these Orders has long expired.  However, because Plaintiff is proceeding *pro se*, the Court *sua sponte* extends the deadline for updating his address to October 14, 2021, to allow Plaintiff one more opportunity to comply with his obligation to keep the Court informed of his current address.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 21-3316 GW (PVC)                                   Date:  September 30, 2021

Title        Izaz Khan v. LAPD Olympic Station, et al.

    Instead of filing a response to the instant Order, Plaintiff may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  **A Notice of Dismissal form is attached for Plaintiff's convenience.**  However, Plaintiff is advised that any dismissed claims may be later subject to the applicable statute of limitations.

    Plaintiff is explicitly cautioned that failure to timely file a response to this Order *will* result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

    The Deputy Clerk is directed to serve a copy of this Order upon Plaintiff at his current address of record as follows:

Izaz Khan
The Midnight Mission
601 South San Pedro
Los Angeles, CA  90014

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | hc |