# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 21-3316-GW-PVC | Date | April 18, 2022 |
|---|---|---|---|
| Title | *Izaz Khan v. LAPD Olympic Station, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER**

    The Court has received the Report and Recommendation of the Magistrate Judge (ECF No. 13) and reviewed all of the materials on the docket of this matter. After said review, the Court: (1) accepts and adopts the Report and Recommendation and (2) directs that Judgment be entered dismissing this action without prejudice for failure to prosecute and obey court orders.

 

: _____

Initials of Preparer    JG