JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZAZ KHAN,<br><br>            Plaintiff,<br><br>      v.<br><br>LAPD OLYMPIC STATION, et al.,<br><br>            Defendants. | Case No. CV 21-3316 GW (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for failure to prosecute and obey court orders.

Dated:  April 18, 2022

*/s/ George H. Wu*
GEORGE H. WU
UNITED STATES DISTRICT JUDGE